August 13, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

RENDRICK ANTHONY CHEEKS, Appellant

NO. 14-12-00676-CR                              V.

THE STATE OF TEXAS, Appellee

_____

   This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in judgment. The Court orders the judgment **AFFIRMED**, appellant pay all costs incurred by reason of this appeal, and that this decision be certified below for observance.